IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 8:07CV214 |
| Plaintiff, | ) |
| vs. | ) ANSWER TO VERIFIED |
| | ) COMPLAINT FOR FORFEITURE |
| $19,000.00 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

**COMES NOW** Claimant Deon Owens and for his answer provides the following:

1. Paragraph One is admitted.
2. Paragraph Two is admitted.
3. Paragraph Three is admitted.
4. Paragraph Four is admitted.
5. Paragraph Five is admitted.
6. Paragraph Six is denied including subparts a. through q.
7. Paragraph Seven is denied.

### AFFIRMATIVE DEFENSE

Plaintiff lacks probable cause for the belief that a substantial connection exists between the money to be forfeited and the exchange of a controlled substance for the institution of this forfeiture suit.

### SECOND AFFIRMATIVE DEFENSE

The Defendant money was not used in violation of 21 U.S.C. § 881 or any other related statute and can be traced to legitimate earnings and proceeds.

### THIRD AFFIRMATIVE DEFENSE

The Defendant money was seized illegally and in violation of Claimant's constitutional rights to be free from unreasonable searches and seizures.

**WHEREFORE**, Claimant Deon Owens prays that Plaintiff's Complaint be denied in all things and for any further relief to which claimant may be entitled including attorney fees.

                                      DEON OWENS, Claimant

                                      BY: s/Jason E. Troia  
                                            JASON E. TROIA, #21793  
                                            Gallup & Schaefer  
                                            1001 Farnam Street  
                                            Omaha, NE 68102  
                                            (402) 341-0700

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent to Nancy A. Svoboda, Assistant U.S. Attorney, 1620 Dodge Street, Suite 1400, Omaha, Nebraska, 68102-1506, by first class U.S. mail this 22nd day of June, 2007.

                                            s/Jason E. Troia