# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> $19,000 IN UNITED STATES CURRENCY, ) <br> ) <br> Defendant. ) | 8:07CV214 <br><br> ORDER |

This matter is before the court following a final pretrial conference with counsel for the parties on December 21, 2007.

**IT IS ORDERED:**

The final pretrial conference with the undersigned magistrate judge is continued to **January 9, 2008, at 1:30 p.m.**

DATED this 21st day of December, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge